UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DASHONE MARCEL REYNOLDS                    CIVIL ACTION

VERSUS                                              NO. 22-1305

LT. GRIFFIN, ET AL.                              SECTION "R" (2)

# ORDER

Plaintiff's complaint alleging claims under 42 U.S.C. § 1983 was referred to Magistrate Judge Donna Phillips Currault for a Report and Recommendation ("R&R") and to conduct an evidentiary hearing if necessary. Magistrate Judge Currault conducted a *Spears* hearing, reviewed the complaint *sua sponte* for frivolousness under 28 U.S.C. § 1915(e)(2) and § 1915A and 42 U.S.C. § 1997e(c), and recommended dismissal of plaintiff's claims as frivolous and otherwise without merit.[1] Plaintiff did not object to the R&R. Therefore, this Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc)*, superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1)*; see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The

---

[1] R. Doc. 13.

Court finds no clear error. Therefore, the Court adopts Magistrate Judge Currault's R&R as its opinion.

Accordingly, the Court orders plaintiff's complaint DISMISSED WITH PREJUDICE as to all defendants.

New Orleans, Louisiana, this ___13th___ day of December, 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE